UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DEANDRE CALHOUN**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF SAN LEANDRO, ET AL.**, <br><br> Defendants. | Case No. 15-cv-03600-YGR <br><br> **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the Notice of Settlement filed November 23, 2015, that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, January 15, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**